UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO. MO-16-CR-137 |
| | ) |
| ANTHONY HOSS | ) |

## FACTUAL BASIS

**ANTHONY HOSS** admits and agrees that the following facts are true:

On Wednesday, April 20, 2016 at approximately 1000 hours, Martin County Sheriff's Office Deputy Lupe Alcorta conducted a traffic stop at the 700 block of Saint Peter Street in Stanton, TX. The driver was identified as Anthony HOSS, who was confirmed to have several warrants and was found in possession of narcotics including cocaine, ecstasy and marijuana. HOSS was charged and transported to the Martin County Detention Center where he was booked for the warrants and narcotics. Once at the jail, Hoss was found in possession of a hand written letter that mentioned narcotics, amounts of narcotics, selling the narcotics and requesting more to sell.

On April 21, 2016 Martin County Sheriff's Office Deputy Thomas Taylor began to monitor the recorded phone calls HOSS made to his girlfriend, Francesca Smith, where he makes several comments to sell "stuff" including the guns he had in the RV and some that the landlord was holding for him. HOSS made a statement on the call stating the "stuff" was worth $10,000. Francesca Smith asked HOSS if she could use the "stuff" to calm her down. Based on the items found on HOSS possession during his arrest, the phone conversations, and HOSS's status as a confirmed felon, Martin County Deputies applied for, and were granted, a State search warrant. The warrant was executed with the assistance of Midland County K9 Deputies.

1

During the search, several firearms were located inside the RV. A large brick of marijuana was located inside the RV weighting approximately 20 pounds. The landlord was also contacted and identified as Eloy Leal, who admitted to holding guns for HOSS and that he had also purchased a .380 handgun from HOSS, which was confirmed stolen. The following firearms were recovered: a 7.62 Zastava Pap M92 PV Pistol, Serial Number M92PV051251, manufactured in Serbia and Montenegro; a .40 caliber Glock 22 pistol, Serial Number LNZ270, manufactured in Deutsch-Wagram, Austria; and, a .380 caliber Ruger Pistol LCP, Serial Number 374-80090. All had traveled in interstate commerce prior to their arrival in Texas. Mr. Leal released all of the firearms to Deputies.

On April 22, 2016, Midland DEA Resident Agent in Charge Eric Castaneda and Task Force Officer Arthur Villarreal conducted an interview with HOSS at the Martin County Detention Center. During this interview, HOSS admitted the guns were his and was aware the Texas State law was different from the Federal Law against being a felon in possession of firearm. HOSS stated he was involved with guns and drugs in Florida when he was convicted for the felony offense of Possession of Cocaine, on November 14, 2003, in Monroe County, Key West, Florida.

_____
ANTHONY HOSS
Defendant

_____
JEFF ROBNETT
Attorney for Defendant

2

Date: _____8/10/16_____   By: _____*[signature]*_____

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

GLENN HARWOOD
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701